```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                  SOUTHERN DIVISION

                  No. 7:18-CR-19-1H
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| EUGENE ADRIAN CRIBB, III, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to amend/correct his sentence, filed pursuant to Rule 35(a) of the Federal Rules of Civil Procedure. [DE #36]. The government has responded. [DE #39]. Finding no "arithmetical, technical, or other clear error," defendant's motion, [DE #36], is DENIED.

This 25th day of September 2018.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#35